IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| EVELYN SMITH, A MINOR BY HER MOTHER AND NEXT FRIEND, JOYCE SMITH | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 5:06CV125DCB-JMR |
| TOYOTA MOTOR SALES U.S.A., INC. AND TOYOTA MOTOR CORPORATION | DEFENDANTS |

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This Court, having been advised by Plaintiffs Evelyn Smith and Joyce Smith and Defendants Toyota Motor Sales U.S.A, Inc. and Toyota Motor Corporation that they have agreed to dismiss this case with prejudice, is of the opinion that there is good cause for entry of the foregoing Agreed Final Judgment of Dismissal With Prejudice, and that there is no just reason for delaying entry of this Judgment.

IT IS THEREFORE ORDERED that any and all claims asserted by Plaintiffs Evelyn Smith and Joyce Smith against Defendants Toyota Motor Sales, U.S.A, Inc. and Toyota Motor Corporation are DISMISSED WITH PREJUDICE, with each listed party paying its own costs and expenses of the litigation, including attorneys' fees.

SO ORDERED this the  23rd  day of   July   , 2007.

                                            s/ David Bramlette
                                      UNITED STATES DISTRICT JUDGE

2

Agreed and Approved:

s/W. Bruce Lewis
W. Bruce Lewis
Attorney for Plaintiffs Evelyn Smith
and Joyce Smith


s/Jennifer A. Rogers
Jennifer A. Rogers
Attorney for Defendants
Toyota Motor Sales U.S.A, Inc.
and Toyota Motor Corporation

2